IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT E. KACZMAREK,

Defendant.

**8:23CR25**

**ORDER**

Before the Court is non-party Deborah Leiderbrand's Request for Transcript (Filing No. 68) of the plea hearing held November 15, 2023, and the sentencing hearing held on February 9, 2024.

IT IS ORDERED:

1.     The Request for Transcript (Filing No. 68) is granted.

2.     The Clerk's Office is directed to mail a copy of this order to Deborah Leiderbrand at 18930 Northern Hills Drive, Bennington, Nebraska 68007.

3.     Court reporter Sue DeVetter is directed to advise Deborah Leiderbrand of the cost to obtain the transcript.  Deborah Leiderbrand will be responsible for that transcript cost.

Dated this 17th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge